1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  DENNIS WONG (CSBN 173951)
   Special Assistant United States Attorney
4
5     Federal Bureau of Prisons
      Western Regional Office
      7338 Shoreline Drive
6     Stockton, California 95219
      Telephone: (209) 956-9732
7     Email: dwong@bop.gov

8  Attorneys for Federal Defendant

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 TIM ROSAS,                        )
                                     )   Case No. C-08-5000-MHP
13                                   )   E-FILING CASE
                        Plaintiff,   )
14                                   )   [PROPOSED] ORDER DISMISSING
        v.                           )   CASE BASED ON LACK OF
15                                   )   PROSECUTION, NON-OPPOSITION TO
                                     )   DEFENDANT'S MOTION TO DISMISS,
16 UNITED STATES OF AMERICA,         )   AND THE MERITS OF DEFENDANT'S
                                     )   MOTION TO DISMISS
17                                   )
                        Defendant.   )
18 _____   )

19

20

21

22

23

24

25

26

27

28
   [Proposed] Order Dismissing Case
   Tim Rosas v. United States of America
   C 08-5000-MHP                              1

1
2
3      After review of the files and materials in this case, Plaintiff's failure to file an opposition to
4  Defendant's Motion To Dismiss For Lack Of Subject Matter Jurisdiction, Plaintiff's lack of prosecution
5  of this case as he did not appear at the January 5, 2009, hearing on Defendant's Motion To Dismiss, and
6  as there is merit to Defendant's Motion To Dismiss, this Court hereby grants Defendant's Motion To
7  Dismiss For Lack Of Subject Matter Jurisdiction and dismisses this case [WITH] [WITHOUT] prejudice.
    IT IS SO ORDERED.
8
9
10  Dated:  1/7_____, 2009       By: _____
                                          THE HONORABLE M. H. PATEL
11                                        United S...



12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Dismissing Case
Tim Rosas v. United States of America
C 08-5000-MHP                                  2